## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__ DISTRICT OF __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO. 6:04-CV-0999 (LEK/GJD)

ROBERT P. GRIMALDI,

        Plaintiff,

v.

COMMISSIONER OF THE SOCIAL SECURITY,

        Defendant,

_____ JURY VERDICT.  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__ DECISION by COURT.  This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED and ADJUDGED that in the above entitled action, the Report-Recommendation of the Honorable Gustave J. DiBianco, United States Magistrate Judge for the Northern District of New York, dated February 21, 2006, is APPROVED and ADOPTED it its ENTIRETY; and it is further ORDERED that the action is DISMISSED in its ENTIRETY in favor of the Defendant (the decision of the Commissioner is affirmed) and against the Plaintiff; In accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York,  dated March 14, 2006.

DATE:   March 14, 2006

*LAWRENCE K. BAERMAN*
CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the Honorable Lawrence E. Kahn**